-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 24, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>MARTHA MONTOYA, )<br>)<br>   Defendant. ) | Case No. MAG. 06-0042-PAN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MARTHA MONTOYA, Case No. MAG. 06-0042-PAN, Charge, 18USC§352, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___ Release on Personal Recognizance

 ___ Bail Posted in the Sum of $_____

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  _✓_ (Other)  <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

  Issued at <u>Sacramento, CA</u> on <u>February 24, 2006</u> at <u>3:45 p.m.</u>

        By <u>/s/ Gregory G. Hollows</u>
          Gregory G. Hollows
          United States Magistrate Judge